IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>      v.<br><br>KELAND A. STRONG,<br><br>                Defendant. | 8:22CR116<br><br>**ORDER** |

      Before the Court is non-party Michelle King's ("King") Request for Transcript (Filing No. 214). In particular, she requests the transcript of four specific proceedings: (1) a pretrial proceeding held on an unknown date, (2) the change-of-plea hearing held on November 17, 2023, (3) the sentencing hearing held on February 8, 2024, and (4) a trial with testimony of Keland Strong held on July 23, 2024. The Court notes two problems with King's request. First, King has not given sufficient information for the Court to identify the pretrial hearing she mentions. Second, there was no trial in this case nor any other proceeding on July 23, 2024.

      In light of the foregoing,

      IT IS ORDERED:

1. Michelle King's Request for Transcript (Filing No. 214) is granted in part and denied in part.
2. The request is granted with respect to the change-of-plea hearing and sentencing.
3. Her request is denied at this time with respect to the other two proceedings.
4. The Clerk's Office is directed to mail a copy of this order to Michelle King at P.O. Box 480782, Kansas City, MO 64148.
5. Court reporter Sue DeVetter is directed to advise King of the cost to obtain the two requested transcripts. King will be responsible for the cost of preparing those transcripts.

Dated this 31st day of July 2024.

BY THE COURT:

Robert F. Rossiter, Jr.
Chief United States District Judge